FILED
MISSOULA, MT

2007 MAR 6 PM 3 35

PATRICK E. DUFFY
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| MICHAEL ELLENBURG ) | CV 04-62-M-DWM |
| ) | CV 04-116-M-DWM |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MIKE MAHONEY, ) | |
| ) | |
| Respondent. ) | |

Petitioner Michael Ellenburg has filed an Amended Petition

for Writ of Habeas Corpus pursuant to 20 U.S.C. § 2254.

Ellenburg challenges his 1999 convictions for forgery and theft

in the Montana Fourth Judicial District Court. Ellenburg's

Petition contained 17 habeas claims, 15 of which were dismissed

by this Court on January 24, 2007. All that remain to be decided

are Ellenburg's speedy trial claim and his due process claim that

the prosecution withheld information favorable to the defense.

United States Magistrate Judge Jeremiah C. Lynch entered

Findings and Recommendations in this matter on February 8, 2007,

in which he recommends denial of the remaining claims and

dismissal of the Amended Petition. Petitioner did not timely

-1-

object and so has waived the right to de novo review of the
record. 28 U.S.C. § 636(b)(1). This Court will review the
Findings and Recommendation for clear error. McDonnell Douglas
Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th
Cir. 1981). Clear error exists if the Court is left with a
"definite and firm conviction that a mistake has been committed."
United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

With regard to the Petitioner's speedy trial claim, Judge
Lynch considered the four-part test set forth in Barker v. Wingo,
407 U.S. 514, 530 (1972), and concluded that the Montana Supreme
Court's decision rejecting Petitioner's speedy trial argument was
not contrary to, or an unreasonable application of federal law.
In particular, Judge Lynch noted that the Montana Supreme Court's
factual determination that Petitioner was responsible for the
majority of the delay was reasonable, and the that Petitioner
failed to demonstrate any prejudice resulting from the delay.
Judge Lynch recommends denial of the due process claim based on
his determination that there is no reason to disturb the Montana
Supreme Court's factual finding that the Petitioner failed to
show that he could have obtained the allegedly withheld evidence
through other means. Judge Lynch also recommends denial of a
certificate of appealability.

I can find no clear error with Judge Lynch's Findings and
Recommendations and adopt them in full.

Accordingly, IT IS HEREBY ORDERED that the Petitioner's
speedy trial and due process habeas claims identified by the

-2-

Court as claims (2) and (9) are DENIED.

IT IS FURTHER ORDERED that this action is DISMISSED as fully resolved, and a certificate of appealability is DENIED.

DATED this ___ day of March, 2007.

Donald W. Molloy, Chief Judge
United States District Court